

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2022

No. 04-22-00812-CV

**IN THE INTEREST OF S.E.J., S.D.J., AND J.J.**, Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00964
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's notice of appeal was filed on November 23, 2022. No court reporter was copied in the certificate of service. The reporter's record was due on December 5, 2022. *See* TEX. R. APP. P. 35.1(b). None has been filed. *Contra id.* There is no indication from the record that any court reporter has been asked to provide a record for this appeal. *Contra id.* R. 25.1(e). Appellant has also not filed a docketing statement as required. *Contra* 32.1.

We **order** Appellant to provide written proof to this court within **ten days** of the date of this order that Appellant has requested a copy of the reporter's record.

If Appellant fails to respond within the time provided, or opts to proceed without a reporter's record, Appellant must file a brief with this court within **twenty days** of the date of this order, and the court will only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See id.* R. 37.3(c).

If Appellant timely complies with this order, the reporter's record will be due not later than **ten days** from the date Appellant files written proof showing compliance with this order. *See id.* R. 35.3(c) (limiting an extension of time to file the record in an accelerated appeal to ten days).

It is so **ORDERED** on December 6, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

